SOLOMON H. SHAPIRO, Respondent, v. CHARLES PUNIA et al., Defendants and Third-Party Plaintiffs, et al., Defendant. LOUIS SUNSHINE et al., Third-Party Defendants. (Action No. 1.) SAMUEL TRAYMAN, Appellant, v. WILLIAM MARX et al., Respondents and Third-Party Plaintiffs, et al., Defendant. LOUIS SUNSHINE et al., Third-Party Defendants. (Action No. 2.) Concur — Peck, P. J., Breitel, Bastow, Rabin and Cox, JJ. [See ante, p. 999.]

EVA K. ECKSTEIN v. PHILIP S. ECKSTEIN.— Concur — Peck, P. J., Cohn, Breitel and Rabin, JJ. [See ante, p. 960.]

300 WEST 56TH ST. CORP. v. BLANCHE EVAN.— Concur — Peck, P. J., Breitel, Bastow, Rabin and Cox, JJ. [See ante, p. 489.]

FRANCES H. CAHEN v. WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York.— Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See ante, p. 1076.]

ROSE GABRIEL v. WOODDIKE REALTY CORPORATION et al.— Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ. [See ante, p. 993.]

In the Matter of INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Respondent, against W. E. HEDGER TRANSPORTATION CORPORATION, Judgment-Debtor. HAIGHT, DEMING, GARDNER, POOR & HAVENS, Third Party; HORACE M. GRAY, Appellant Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ. [See ante, p. 1009.]

In the Matter of W. T. GRANT COMPANY, Petitioner, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.— Concur — Peck, P. J., Cohn, Breitel, Bastow and Cox, JJ. [See ante, p. 995.]

NOOROLLAH BAKHSHANDEH v. AMERICAN CYANAMID COMPANY.— Concur — Peck, P. J., Bastow, Botein and Rabin, JJ. [See ante, p. 511.]

LOUIS HARDIN, Professionally Known as "MOONDOG", v. COLUMBIA RECORDS, INC.— Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.